# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Gulf Pacific Contracting, LLC ) ASBCA No. 60924
)
Under Contract No. W912HN-14-C-0017 )

APPEARANCE FOR THE APPELLANT: Laurence J. Zielke, Esq.
Zielke Law Firm, PLLC
Louisville, KY

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Laura J. Arnett, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

In accordance with the parties' joint stipulation dated 2 August 2017, this appeal is dismissed with prejudice.

Dated: 3 August 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60924, Appeal of Gulf Pacific Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals